# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0044. CLAYTON et al. v. EDWARDS et al.

Lovey and Felicia Clayton's petition for issuance of a writ of mandamus to the trial court in the above-styled case is hereby denied. See Court of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  02/05/2024

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*